IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

**MICHAEL HOOPER,**

    Petitioner,

v.     Civil Action No. 1:08-0229

**UNITED STATES OF AMERICA,**

    Respondent.

## MEMORANDUM OPINION AND ORDER

By Standing Order, this action was referred to United States Magistrate Judge R. Clarke VanDervort for submission of findings and recommendations regarding disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). Magistrate Judge VanDervort submitted to the court his Proposed Findings and Recommendation on June 1, 2011, in which he recommended that the court dismiss Petitioner's Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody, pursuant to 28 U.S.C. § 2255 (Doc. # 210).

In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted fourteen days, plus three mailing days, in which to file any objections to Magistrate Judge VanDervort's Findings and Recommendations. The failure of any party to file such objections constitutes a waiver of such party's right to a <u>de novo</u> review by this court. <u>Snyder v. Ridenour</u>, 889 F.2d 1363 (4th Cir. 1989).

The parties failed to file any objections to the Magistrate Judge's Findings and Recommendation within the seventeen-day period. Having reviewed the Findings and Recommendation filed by

1

Magistrate Judge VanDervort, the court **ADOPTS** the findings and recommendation contained therein. Accordingly, the court dismisses Petitioner's motion and directs the Clerk to remove this case from the court's active docket.

The Clerk is further directed to forward a copy of this Memorandum Opinion and Order to Petitioner, pro se, and all counsel of record.

It is **SO ORDERED** this 17th day of August, 2011.

**ENTER:**

David A. Faber
Senior United States District Judge